

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Joe Frank Cuellar,          * From the 32nd District Court
                                                  of Nolan County
                                                  Trial Court No. 11381.

Vs. No. 11-15-00078-CR          * June 8, 2017

The State of Texas,                 * Memorandum Opinion by Wright, C.J.
                                                  (Panel consists of: Wright, C.J.,
                                                  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.